No. 00M84. TRUDEL *v.* VAUGHN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL. Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner denied.

No. 128, Orig. ALASKA *v.* UNITED STATES. Motion of Franklin H. James et al. for leave to intervene referred to the Special Master. [For earlier order herein, see, *e. g.*, *ante*, p. 902.]

No. 00–152. LUJAN, LABOR COMMISSIONER OF CALIFORNIA, ET AL. *v.* G & G FIRE SPRINKLERS, INC., *ante*, p. 189. Motion of AFL–CIO for leave to file a brief as *amicus curiae* granted *nunc pro tunc*.

No. 00–795. ASHCROFT, ATTORNEY GENERAL, ET AL. *v.* FREE SPEECH COALITION ET AL. C. A. 9th Cir. [Certiorari granted *sub nom. Holder* v. *Free Speech Coalition*, 531 U. S. 1124.] Motions of National Center for Missing & Exploited Children and National Law Center for Children and Families et al. for leave to file briefs as *amici curiae* granted.

No. 00–7963. STONE *v.* TEXAS. Ct. Crim. App. Tex. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 901] denied.

No. 00–8504. SYVERTSON *v.* NORTH DAKOTA; and

No. 00–8522. SYVERTSON *v.* SCHUETZLE, WARDEN. Sup. Ct. N. D. Motions of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 939] denied.